

1  BENJAMIN B. WAGNER
   Acting United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000



FILED

JUL 28 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE No. 1 CR 00253 LJO |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| SAMUEL JOHNSON, | CRIMINAL PROCEDURE |
| Defendant | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on July 28, 2011, charging the above defendant with a violation of Title 21, United States Code, Sections 841(a)(1), 841(b))(1)(B) and 841(b)(1)(C) - Distribution of Cocaine Base, charges be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding of the Indictment or any

1 warrant issued pursuant thereto, except when necessary for the
2 issuance and execution of the warrant.
3 DATED: July 28, 2011                    Respectfully submitted,

BENJAMIN B. WAGNER
Acting United States Attorney

By /s/ Elana
ELANA S. LANDAU
Assistant U.S. Attorney

IT IS SO ORDERED this 28 day of July, 2011

_____
U.S. Magistrate Judge