1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California  93721
4  Telephone:  (559) 497-4000

5

6
                    IN THE UNITED STATES DISTRICT COURT FOR THE
7
                          EASTERN DISTRICT OF CALIFORNIA
8

9

10

11  UNITED STATES OF AMERICA,           )   Case No: 1:11-CR-253
                                        )
12                      Plaintiff,      )
                                        )   ORDER TO **UNSEAL** INDICTMENT
13      v.                              )
                                        )
14                                      )
    SAMUEL JOHNSON,                     )
15                                      )
                        Defendant.      )
16                                      )
    _____)
17

18      Upon application of the United States of America and good cause

19  having been shown,

20      IT IS HEREBY ORDERED that the indictment in the above-captioned

21  proceeding be and is hereby unsealed.

22

23  Date: Nov 18, 2011        _____
                              Honorable Jennifer L. Thurston
24                            United States Magistrate Judge

25

26

27

28

                                       2

```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELANA S. LANDAU
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Fresno, California  93721
 4  Telephone:  (559) 497-4000
 5
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case NO. 1:11-CR-253 |
| Plaintiff, | ) | |
| | ) | REQUEST TO **UNSEAL** INDICTMENT |
| v. | ) | |
| | ) | |
| SAMUEL JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The arrest warrant in the above-captioned proceeding was executed on November 18, 2011.  As a result, there is no need for the indictment to remain under seal.  Accordingly, the United States asks that the Court order that the indictment be unsealed.

```
                              BENJAMIN B. WAGNER
                              United States Attorney


Date: November 18, 2011       /s/ Elana S. Landau
                              By: Elana S. Landau
                              Assistant United States Attorney
```

1