JON K. RENGE, Bar #188529
2100 Tulare Street, Suite 406
Fresno, California  93721
Telephone: (559) 444-0300

Attorney for Defendant
Samuel Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   1:11-CR-00253 LJO-SKO |
| *Plaintiff,* | STIPULATION TO CONTINUE MOTIONS SCHEDULE; ORDER |
| v. | Date:  April 16, 2012 |
| SAMUEL JOHNSON, | Time:  1:00 p.m. |
| *Defendant.* | Judge: Hon. Shelia K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Elana Landau, Assistant United States Attorney, counsel for Plaintiff, and Jon K. Renge, counsel for Defendant Samuel Johnson, that defense motions in the above-captioned matter may be filed on or about **March 26, 2012**, government replies to be filed on or about **April 12, 2012** and the hearing date remains on **April 16, 2012** at 1:00 p.m. before the Honorable Magistrate Shelia K. Oberto.

This continuance is requested by counsel for Defendant as defense needs time to research the law applicable to  issues and complete the motions.  The requested continuance will conserve time and resources for the parties and the court.

                                                                    BENJAMIN B. WAGNER
                                                                    United States Attorney

DATED: March 29, 2012                        By:  /s/ ELANA LANDAU
                                                                           Assistant United States Attorney

DATED: March 29, 2012                By:  /s/ JON K. RENGE
                                          Attorney for Defendant
                                          SAMUEL JOHNSON

# O R D E R

IT IS SO ORDERED.

**Dated:    March 29, 2012**            /s/ Sheila K. Oberto
                                        UNITED STATES MAGISTRATE JUDGE