JON K. RENGE, Bar #188529
2100 Tulare Street, Suite 406
Fresno, California  93721
Telephone: (559) 444-0300

Attorney for Defendant
SAMUEL JOHNSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          *Plaintiff,*<br><br>    v.<br><br>SAMUEL JOHNSON,<br><br>          *Defendant.* | NO. 1:11-CR-253 LJO<br><br>STIPULATION TO CONTINUE JURY TRIAL; ORDER of DENIAL |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Elana S. Landau, Assistant United States Attorney, counsel for Plaintiff, and Jon K. Renge, counsel for SAMUEL JOHNSON, and request the following:

    1.  That the jury trial in this matter presently set for August 21, 2012 be vacated and rescheduled for February 12, 2013.

    2.  Defense counsel needs additional time to prepare for trial in this matter.  The defense is scheduled to commence a jury trial on July 30, 2012 at 8:30 a.m. in the case of People v. Black, case no. F11906535 in Fresno County Superior Court; the exposure in this case is life in prison.

    3.  Defense counsel will start another jury trial on August 7, 2012 at 10:30 a.m. in the case of People v. Gilbert, case number VCF 251965 in Tulare County Superior Court; the exposure in this case is life in prison.

    4.  As a result, Defense counsel requests additional time for preparation and to conduct

1

investigation in this case. The proposed date is the earliest mutually agreeable date, taking into consideration due diligence.

     5. Counsel for the parties agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code Section 3161(h)(7)(B)(iv) (continuity of counsel/reasonable time for effective preparation) and agree to exclude time from the date of the filing of the order until the date of the Jury Trial.

                                                              BENJAMIN B. WAGNER  
                                                              United States Attorney

DATED: July 24, 2012                     By:   /s/ ELANA S. LANDAU  
                                                                        Assistant United States Attorney

DATED: July 24, 2012                     By:   /s/ JON K. RENGE  
                                                                        Attorney for Defendant  
                                                                          SAMUEL JOHNSON

## **O R D E R**

Good Cause has not been established, either in or by the stipulation. When a trial date is set in this Court, it is set with the full participation of counsel. This results in a firm trial date, based on a firm commitment to that date. Being busy is not Good Cause, even if it means working harder and trying cases back-to-back in the ordinary course. This trial date was selected on April 23, 2012 for a trial to commence some four months later. To request that it be some six months beyond the original date is unacceptable. The stipulation is rejected, and the trial date, as scheduled will proceed. Counsel is obligated to be ready. If defense counsel is too busy to handle currently assigned cases (by way of the conflict counsel appointment system), he needs to advise this Court immediately so that he can be removed from those current cases, and not be assigned to future cases.

IT IS SO ORDERED.

**Dated:**   **July 25, 2012**               /s/ Lawrence J. O'Neill  
                                              UNITED STATES DISTRICT JUDGE