```
JON K. RENGE, Bar #188529
2100 Tulare Street, Suite 406
Fresno, California  93721
Telephone: (559) 444-0300

Attorney for Defendant
Samuel Johnson
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SAMUEL JOHNSON, ) <br> ) <br> Defendant. ) <br> ) | NO.   1:11-CR-00253 LJO-SKO <br><br> STIPULATION TO CONTINUE MOTION SCHEDULE;  ORDER <br><br> Date: February 11, 2013 <br> Time: 8:30 a.m. <br> Judge: Hon. Lawrence O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, Elana Landau, Assistant United States Attorney, counsel for Plaintiff, and Jon K. Renge, counsel for Defendant Samuel Johnson, that defense motions in the above-captioned matter may be filed on or about **January 21, 2013**, government replies to be filed on or about **February 4, 2013** and the hearing date on **February 11, 2013** at 8:30 a.m. before the Honorable Lawrence J. O'Neill.

```
                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: January 17, 2013              By:  /s/ ELANA LANDAU
                                              Assistant United States Attorney
```

1 | DATED: January 17, 2012                                By:  /s/ JON K. RENGE
2 |                                                                                Attorney for Defendant
                                                                                   SAMUEL JOHNSON

## O R D E R

Motions to be heard as requested, but instead at 9:30 a.m..

IT IS SO ORDERED.

**Dated:     January 17, 2013**              /s/  Lawrence J. O'Neill
                                             UNITED STATES DISTRICT JUDGE